7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Shawna Nicole Brockman
*Debtor*

*Bankruptcy Case No.*
15−60135−abf7

**J. Kevin Checkett**
    Plaintiff(s)

*Adversary Case No.*
15−06037−abf

v.

**Shawna Nicole Brockman**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of the Plaintiff, J. Kevin Checkett, Trustee in Bankruptcy, and against the Defendant/Debtor, Shawna Nicole Brockman, Revoking the Debtor's Discharge.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 11/5/15

Court to serve